No. 8531. JUNE BUCKNER, Claimant and Appellant, v. INDEPENDENT REFINING CO. et al., Defendants and Respondents.

Decided September 8, 1944.

PER CURIAM: It is ordered that the cause be dismissed as settled on its merits, as stipulated by the parties.

*Mr. Robert C. Stong,* for Appellant.

*Messrs. Coleman, Jameson and Lamey,* for Respondents.